**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80181-CIV-CANNON**

**GARFIELD SPENCE**,

Plaintiff,

v.

**ES STORAGE, INC.,**

Defendant.
_______________________________________/

# ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Dismissal With Prejudice [ECF No. 5], filed on March 6, 2024. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE** against all Defendants, effective March 6, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 5].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of March 2024.



**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record